UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. 2:16-cv-353 JAM KJN |
| Plaintiff, | |
| v. | ORDER |
| KEVIN RINE, | |
| Defendant. | |

Pending before the court is plaintiff's motion for default judgment, which is presently set for hearing on February 23, 2017. (ECF No. 20.) Pursuant to Local Rule 230(c), any opposition to the motion was required to be filed no later than fourteen (14) days prior to the hearing, i.e., February 9, 2017. Although that deadline has now passed, no opposition or statement of non-opposition to the motion was filed. Nevertheless, out of abundance of caution, the court finds it appropriate to provide defendant with one final additional opportunity to oppose the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The February 23, 2017 hearing is VACATED.
2. Defendant shall file any opposition to the motion for default judgment no later than March 2, 2017.
3. Any reply brief shall be filed no later than March 16, 2017.
4. Thereafter, the motion will be submitted for decision on the record and written

1

briefing pursuant to Local Rule 230(g).  If the court subsequently determines that supplemental briefing or oral argument is necessary, the parties will be notified.

IT IS SO ORDERED.

Dated:  February 13, 2017

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE